UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 1:07cr96 |
| KEVIN J. BLEVINS, | ) | |
| Defendant. | ) | |

## OPINION AND ORDER

This matter is before the court on a "Motion for More Definite Order" filed by the defendant, Kevin J. Blevins ("Blevins"), proceeding pro se, on May 3, 2010. The government has declined to file a response. For the following reasons, the motion will be denied.

### Discussion

In his present motion, Blevins requests a speculative ruling as to whether this court will entertain his § 2255 motion on summary remand from the Seventh Circuit Court of Appeals. As the matter has not been remanded, the court does not have an opinion as to what will transpire in the event of a remand. Accordingly, the motion will be denied.

### Conclusion

Blevins' "Motion for More Definite Order" [DE 113] is hereby DENIED.

Entered: June 15, 2010.

                                                  s/ William C. Lee
                                                  William C. Lee, Judge
                                                  United States District Court