UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.  1:07cr96 |
| | ) | |
| KEVIN J. BLEVINS, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION AND ORDER

This matter is before the court on an objection to a Report and Recommendation

submitted by Magistrate Judge Roger B. Cosbey on May 18, 2010.  The defendant, Kevin J.

Blevins ("Blevins") filed his objection on May 27, 2010.

For the following reasons, the objection will be denied and the Report and

Recommendation will be adopted.

Discussion

On April 21, 2010, Blevins filed a "Request for Complete Records" in support of his

appeal to the Seventh Circuit Court of Appeals.  On April 22, 2010, this court entered an order

referring this case to Magistrate Judge Cosbey.  On May 18, 2010, Magistrate Judge Cosbey

submitted a Report and Recommendation that Blevins' request be denied.  The basis of

Magistrate Judge Cosbey's ruling was that for the most part, Blevins wants documents that are

generally unnecessary to an appeal.

In his objection to the Report and Recommendation, Blevins simply asserts that "a

logical conjecture can be assured that the record contains evidence of prosecutorial misconduct,

fraud, fraudulent concealment and other plain prejudicial errors of law."  However, Blevins does

not explain how he arrived at this "logical conjecture".

Accordingly, the Report and Recommendation will be adopted as an order of the court.

<u>Conclusion</u>

On the basis of the foregoing, Magistrate Judge Cosbey's Report and Recommendation [DE 121] is hereby ADOPTED.


Entered: June 15, 2010.


<u>s/ William C.  Lee</u>
William C. Lee, Judge
United States District Court